# UNITED STATES DISTRICT COURT

Eastern | **District of** | California
---|---|---

Jessica Zaragoza

Plaintiff (s),

V.

Mercedes-Benz USA, LLC

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 24-cv-02546-DAD-SCR

Notice is hereby given that, subject to approval by the court, _Mercedes-Benz USA, LLC_ substitutes

(Party (s) Name)

_Sabrina C. Narain_ , State Bar No. _299471_ as counsel of record in

(Name of New Attorney)

place of _Taylor N. Donoho_ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LTL ATTORNEYS LLP

Address: 300 South Grand Avenue, Suite 3950

Telephone: (213) 612-8900        Facsimile (213) 612-3773

E-Mail (Optional): sabrina.narain@ltlattorneys.com

I consent to the above substitution.

Date: 12/18/24

_Alaura Maglio Perdzock_

(Signature of Party (s))

I consent to being substituted.

Date: 12/18/24

_Taylor N. Donoho_

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/17/2024

/s/ Sabrina C. Narain

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 15, 2025

_Dale A. Drozd_

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**